# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV13-00050 JAK (MRWx) | Date | February 19, 2013 |
| Title | Nicholas Keros v. Virtual Escrow Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION  JS-6

On October 20, 2009, Nicholas Keros ("Plaintiff") filed a Complaint in the Los Angeles County Superior Court in which he named the following parties as defendants: Virtual Escrow, Inc.; Rebecca Bowers; Erwin Pineda; Carmencita Pineda; Norma Sorto; City Escrow, Inc.; Steve Godman; Donell Nelson; Resurrect, Inc.; Christine Williams; and Forward Sunset, Inc., doing business as Keller Williams Realty ("Defendants"). Compl., Notice of Removal, Exh. 1, Dkt. 1. The Complaint sets forth six causes of action, all of which arise under California law. *Id.* Defendant Godman removed the action to this Court on January 3, 2013, alleging jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction). *See* Notice of Removal, Dkt. 1.

On January 31, 2013, this Court issued an Order to Show Cause re Subject Matter Jurisdiction because neither the Notice of Removal nor the Complaint alleged the citizenship of any party. Dkt. 6. The parties were to respond on or before February 8, 2013. *Id.* No party has responded to this Order.

The party seeking to establish the Court's jurisdiction bears the burden of establishing it. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Here, Defendants have failed to meet their burden to establish a basis for diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the Court REMANDS this matter to the Superior Court of California, Los Angeles County, Stanley Mosk Courthouse, No. BC424291.

**IT IS SO ORDERED.**

:
Initials of Preparer   ak